IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REBECCA MARTINEZ,

    Plaintiff,

vs.                                                                  Civ. No. 12-660 KG/WPL

SOUTHWEST CHEESE COMPANY, L.L.C.,

    Defendant.

## ORDER OF REMAND

Having declined to exercise supplemental jurisdiction over Plaintiff's remaining state claims by a Memorandum Opinion and Order (Doc. 82) entered contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the Ninth Judicial District Court, County of Roosevelt, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE